**SEALED**

AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
By Michael J Allen at 4:35 pm, May 21, 2025

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| Charles Lynwood Kline | ) Case No. 5:13CR00006-006 |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Charles Lynwood Kline

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Violation of terms and conditions of supervised release imposed by this Court on September 27, 2024..

Date: 5/21/2025

*Issuing officer's signature*

City and state:   Roanoke, VA

Thomas T. Cullen, USDJ
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*